In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the FIRST MORTGAGE GUARANTY AND TITLE COMPANY. In the Matter of the Application of BOARD OF NATIONAL MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, Respondent. 104 TAYMILL ROAD, NEW ROCHELLE, N. Y. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of FIRST MORTGAGE GUARANTY AND TITLE COMPANY, Appellant.— Order directing an accounting by Van Schaick, Superintendent of Insurance, as rehabilitator of the First Mortgage Guaranty and Title Company, by said Guaranty and Title Company and by Newlar Realty Corporation, affirmed, with ten dollars costs and disbursements. No opinion. The hearing on said account and objections to be had on a date to be fixed by the Special Term, to which the matter is remitted. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

HAROLD M. KELLY, as Administrator, etc., of ELIZABETH K. KELLY, Deceased, Respondent, v. GEORGE SWEENEY, Appellant.— Action by an administrator to recover for the death of the intestate, his wife, who fell down a cellar stairway in defendant's gasoline station, fracturing her skull. Appeal by defendant from order setting aside verdict in favor of plaintiff on the ground of inadequacy. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.